WARRANT FOR ARREST                                                      CO-180 (Rev. 3/9

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-349 | MAGIS. NO: |
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| MIGUEL CARMONA-ZAMORA, aka, Miguel Carmona-Zamorano MIGUEL CARMONA-SANCHEZ | MIGUEL CARMONA-SANCHEZ | |
| DOB: October 29, 1985    PDID: | FILED | |
| WARRANT ISSUED ON THE    Indictment | DISTRICT OF ARREST | SEP 29 2005 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States)

(Aggravated Identity Theft)

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| | 18 U.S.C. § 1546(a)        8 U.S.C. § 1326(a) |
| | 18 U.S.C. § 1028A(a)(1) |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: September 15, 2005 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 9/15/05 |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 9-15-05 | NAME AND TITLE OF ARRESTING OFFICER Sean McLeod  SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 9-29-05 | | |