In The

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>MIGUEL CARMONA-SANCHEZ,<br>*et al.*,<br>                    Defendant. | CR Nº: 05-349 (JRR) |

## NOTICE OF ABSENCE FROM JURISDICTION

**Will the Clerk** please file and make a part of the record the inclusive dates within which undersigned counsel will be absent from the jurisdiction.

Counsel will be absent from his office from Thursday, January 12, 2006 and return to his office on February 6, 2006. During this time, counsel will be out of the country but accessible by e-mail at jebarberpc@aol.com.

Counsel's office will take messages for him and relay them by e-mail. His office number is 202-737-8511. His secretary, Lili Burnfield, can be telephonically located at Extension 10.

Joseph R. Conte, Esquire will stand for counsel in his absence. Mr. Conte can be reached at 202- 638 - 4100.

                                                        _____
JENSEN E. BARBER II
LAW OFFICES OF J. E. BARBER, P.C.
Unified Bar No. 376325
400 7th Street, NW
Suite 400
Washington, D.C. 20004-2242
(202) 737-8511 (o)
Jebarberpc@aol.com
202-628-0249 (fax)

DATED: January 4, 2006

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that a true and correct copy of the foregoing has been served by electronic filing upon the below listed parties on January 4, 2006.

                                                        _____
JENSEN E. BARBER II

cc:

Fred Yett, Esquire
Assistant United States Attorneys
555 4th Street, NW
Washington, D.C. 20530

Veta Carney, Esquire
Carney & Carney
601 Penn. Avenue, NW
South Bldg. Suite 900
Washington, DC 20004