IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Crim. Case No. 05-349 (JR) |
| : | |
| v. : | |
| : | |
| MIGUEL CARMONA-ZAMORA, : | |
| MIGUEL CARMONA-SANCHEZ, : | |
| : | |
| Defendants. : | |

**JOINT MOTION
TO CONTINUE STATUS HEARING**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, through their counsel, hereby move this Court to continue the status hearing that is currently scheduled for January 31, 2005. As grounds for this motion, the parties state:

1. On January 4, 2005, Mr. Barber, counsel for defendant Carmona-Sanchez, filed a Notice of Absence from Jurisdiction, indicating that he would not be available to appear in Court from January 12th through February 6th.

2. The government subsequently extended a plea offer to the defendants during the period that Mr. Barber will be absent, and thus unavailable to meet with his client regarding the plea offer. In order to give counsel the opportunity to discuss the plea offer with his client before the next status hearing, the parties jointly request that the January 31st status hearing be rescheduled for a date convenient to the Court and the parties during the week of February 13th, or thereafter.

3. The parties suggest the following dates for the next status hearing: February 14, 15 or 17, 2006, or any later date the Court chooses.

4. Counsel for the defendants have authorized the undersigned AUSA to file this motion for continuance on their behalf.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney
        D.C. Bar Number 451058


By: _____
Frederick Yette, DC Bar # 385391
    Assistant U.S. Attorney
    United States Attorney's Office
    Federal Major Crimes Section
    555 4th Street, N.W.
    Washington, D.C.  20530
    (202) 353-1666
    Frederick.Yette@usdoj.gov