IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 1 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 05-349 (JR) |
| v. | : |
| MIGUEL CARMONA-SANCHEZ, | : VIOLATION: |
| Defendant. | : 18 U.S.C. § 1546(a)<br>: (Possession of Fraudulent Documents<br>: Prescribed for Authorized Stay or<br>: Employment in the United States) |

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on August 10, 2005, defendant **MIGUEL CARMONA-SANCHEZ** ("Carmona-Sanchez" or "defendant") committed the offense of Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of 18 U.S.C. § 1546(a).

The defendant is a Mexican national who entered, and is present, in the United States illegally. On August 10, 2005, special agents from U.S. Immigration and Customs Enforcement ("ICE") went to Apartment 303, 2523 13th Street, NW, Washington, D.C., and knocked on the door. Miguel Carmona-Zamora answered the door and the agents

engaged him in a conversation. During the brief conversation, the agents established that both Miguel Carmona-Zamora, and his son, **Miguel Carmona-Sanchez**, who was also in the apartment, were present in the United States illegally. The defendants then permitted the agents to search the apartment and the agents found several fraudulent identification cards. The following fraudulent identification cards were determined to be in the possession of **Carmona-Sanchez**:

1) a fake permanent resident card, bearing the defendant's photo, in the name of Miguel Alfredo Carmona S, alien number A*****6356. ICE has identified this "A" number as belonging to a real person.

2) a fake social security card in the name of Miguel Alfredo Carmona S.

3) a fake social security card in the name of Iris Gutierrez, SSN ***-**-9011. The Social Security Administration has identified this SSN as belonging to a real person.

Real alien registration and social security cards are prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States. The defendant admits that he knowingly and willfully possessed the fake social

## Defense Counsel's Acknowledgment

I am Miguel Carmona-Sanchez's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him. It accurately and completely sets forth the Factual Proffer agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

2/15/06
Date

Jensen Barber, Esq.

4